IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMES E. GRANT,

                                                                                            ORDER

                        Petitioner,

                                                                                        13-cv-374-bbc

    v.

TRENTON SCHAEFER, et al.,

                        Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Petitioner James Grant, a prisoner housed at the Stanley Correctional Institution, has filed a document styled as a petition for writ of habeas corpus, but containing allegations that he was assaulted by Dane County jail staff in 2008. Usually when a petition for writ of habeas corpus contains allegations that belong in a civil action, the court will give petitioner a chance to decide whether to convert the case into a civil action.

      However, petitioner has been sanctioned by this court for numerous previous frivolous filings: the clerk of court has been directed to return unfiled petitioner's filings in future cases until he has paid the $10,343.79 he owes for his cases before this court and the court of appeals. Grant v. Dane County Jail, Case No. 09-cv-727-slc (Jan. 5, 2010). There are exceptions to this rule, such as that petitioner may file petitions for a writ of habeas corpus or complaints in which he alleges that he is in imminent danger of serious physical harm. Of course, petitioner is limited to filing *legitimate* habeas petitions, rather than civil

1

complaints shoehorned into habeas petitions, as is the case here. This pleading does not qualify under the imminent danger standard, as petitioner is discussing past harm at a different facility. Accordingly, IT IS ORDERED that this action is DISMISSED. The clerk of court is directed to add the $5 filing fee for this habeas petition to petitioner's outstanding obligations.

    Entered this 17th day of July, 2013.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge