IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES E. GRANT,

                Petitioner,        JUDGMENT IN A CIVIL CASE

    v.                                             13-cv-374-bbc

TRENTON SCHAEFER,
CRAIG VANDERMOLEN,
GREG SHONDRELL, MR. TUESCHER,
MARK TWOMBLY and GERALD HUNDT,

                Respondents.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 7/18/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |