IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMES EDWARD GRANT,

                                                  ORDER

            Petitioner,

                                                13-cv-374-bbc

    v.

TRENTON SCHAEFER, CRAIG VANDERMOLEN,
GREG SHONDRELL, MR. TUESCHER,
MARK TWOMBLY and GERALD HUNDT,

           Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     I dismissed this case in an order date July 17, 2013 because James Edward Grant is a restricted filer and his petition in this case did not fall into any of the exceptions in which he would have been permitted to file.  Dkt. #5.  In an order dated January 21, 2014, the Court of Appeals for the Seventh Circuit dismissed Grant's appeal for lack of jurisdiction because he filed the appeal more than 30 days after judgment was entered and did not seek an extension of time from the district court.  Dkt. #15.

     Now Grant has filed a document that he calls "Motion to show cause and good cause, to reconsider and oral argument."  Dkt. #16.  It is difficult to read Grant's handwriting and to understand what he is saying, but as far as I can tell, Grant is asking the court to give him permission to file a late appeal or to reconsider the merits of his petition.  I am denying both requests because it is far too late for Grant to appeal a case that was closed more than a year ago and he has made no showing that it was error to dismiss his case.

ORDER

IT IS ORDERED that petitioner James Edward Grant's "motion to show cause and good cause, to reconsider and oral argument," dkt. #16, is DENIED.

Entered this 29th day of December, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge