IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMES EDWARD GRANT,

                                                                                                 ORDER

                    Petitioner,

                                                                                13-cv-374-bbc

    v.

TRENTON SCHAEFER, CRAIG VANDERMOLEN,
GREG SHONDRELL, MR. TUESCHER,
MARK TWOMBLY and GERALD HUNDT,

                    Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Judgment was entered in favor of respondents in this case on July 18, 2013. Dkt. #5. Petitioner James Edward Grant missed his deadline for filing an appeal, but since then he has filed multiple requests for permission to file a late appeal. I have denied each of them on multiple grounds, including petitioner's failure to show that I had authority to grant his request and that, even if I had such authority, why his requests were so late.

       Now petitioner has filed what he calls a "motion to show good cause or excusable neglect," dkt. #20, in which he attempts to provide more explanation. It is difficult to follow what petitioner is saying and he still provides no evidence showing that he was unable to file a timely appeal. In any event, the judgement was entered almost two years ago and petitioner has had many opportunities since then to justify his request for more time. It is much too late for him to do so now. Accordingly, IT IS ORDERED that petitioner James

1

Edward Grant's motion, dkt. #20, is DENIED. If petitioner files any additional motions in this case, the clerk of court is directed to docket the motion, which will be deemed denied after 30 days unless the court issues an order to the contrary.

    Entered this 26th day of June, 2015.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge